United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Michael C. McIntyre, and <br> Carol G. McIntyre, Plaintiffs <br><br> v. <br><br> Marriott Ownership Resorts, Inc., and <br> Marriott Resorts Title Company, Inc., <br> Defendants | Civil Action No. 13-80184-Civ-Scola |

### Judgment

The Court has dismissed this case. (Order, ECF No. 40.) The Court now enters judgment in favor of the Defendants and against the Plaintiffs, as required by Federal Rule of Civil Procedure 58.

**Done and ordered** in chambers at Miami, Florida on January 13, 2015.

_____
Robert N. Scola, Jr.
United States District Judge